IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED - CLERK
U.S. DISTRICT COURT
05 APR 19 PM 12:54
TX EASTERN-MARSHALL
BY_____

| | |
|---|---|
| DANIEL HARTNETT § | |
| Plaintiff § | |
| § | |
| V. § | No. 2:04CV445 |
| § | |
| JO ANNE B. BARNHART, § | |
| Commissioner of Social § | |
| Security Administration, § | |
| Defendant § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's Stipulated Motion to Remand (Dkt. No. 4) is hereby **GRANTED**. It is further

**ORDERED** that Plaintiff's above-entitled and numbered civil action is **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence six of the Social Security Act, 42 U.S.C. § 405(g). Upon receipt of this Order, the Appeals Council will either obtain the missing exhibits or remand to the Administrative Law Judge to reconstruct the record within 90 days. It is further

**ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**. It is further

**ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY CLOSE** the above-entitled and numbered cause of action.

SIGNED this 18 day of April, 2005.

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE